```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05880
   MICHAEL R POWERS
   JEANETTE E POWERS                        CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8393    SSN XXX-XX-0752

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/02/2007 and was confirmed 05/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     9575.00           1061.01        2437.53
CAPITAL ONE AUTO FINANCE   UNSECURED         5453.74             .00           315.39
AMERICAS SERVICING COMPA   CURRENT MORTG       .00               .00             .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE     5142.48             .00          5142.48
CAPITAL ONE                UNSECURED          883.77             .00            40.02
CAPITAL ONE                UNSECURED          624.00             .00            36.09
B-REAL LLC                 UNSECURED         5517.82             .00           319.11
CAPITAL ONE                UNSECURED          610.15             .00            35.28
CAPITAL ONE AUTO FINANCE   UNSECURED        10709.35             .00           619.35
AMERICAN EXPRESS BANK      UNSECURED        12876.70             .00           744.68
ECAST SETTLEMENT CORP      UNSECURED         1277.29             .00            73.87
ECAST SETTLEMENT CORP      UNSECURED          658.86             .00            38.10
ROUNDUP FUNDING LLC        UNSECURED          586.04             .00            19.17
MERRICK BANK               UNSECURED         1452.42             .00            84.00
NELNET                     UNSECURED           .00               .00             .00
SYSTEM & SERVICE TECHNOL   UNSECURED       NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED          319.88             .00            18.51
ROUNDUP FUNDING LLC        UNSECURED          324.61             .00            18.78
ECAST SETTLEMENT CORP      UNSECURED          561.03             .00            18.36
ECAST SETTLEMENT CORP      UNSECURED          469.29             .00            15.35
NELNET                     UNSECURED           .00               .00             .00
US BANK NATIONAL           NOTICE ONLY     NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED             .00             .00
SCHOOL DIST #130 EMP FED   UNSECURED         3089.99             .00             .00
URBAN & BURT LTD           DEBTOR ATTY        .00                                .00
TOM VAUGHN                 TRUSTEE                                             845.75
DEBTOR REFUND              REFUND                                               56.17

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05880 MICHAEL R POWERS & JEANETTE E POWERS
```

```
TRUSTEE                                    11,939.00

PRIORITY                                                          .00
SECURED                                                      7,580.01
    INTEREST                                                 1,061.01
UNSECURED                                                    2,396.06
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                           845.75
DEBTOR REFUND                                                   56.17
                                       ----------------  ----------------
TOTALS                                     11,939.00         11,939.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE